UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICO RAMON YOUNGBLOOD, | Case No. 16-cv-06493-MEJ (PR) |
| Plaintiff, | |
| v. | **ORDER ADDRESSING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF REQUESTING CLARIFICATION** |
| MEDEIROS, et al., | |
| Defendants. | Re: Dkt. No. 21 |

The briefing schedule set forth in the Court's December 29, 2016 order is VACATED. The Court will issue a new briefing schedule for dispositive motions once it has reviewed the amended complaint.

This order terminates Docket No. 21.

**IT IS SO ORDERED.**

Dated: March 22, 2017

MARIA-ELENA JAMES
United States Magistrate Judge